**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## M E M O R A N D U M

TO:      Clerk of the Court
            Counsel of Record
            Jessica Turro, Senior U.S. Probation Officer
            Daniel A. Cuneo

FROM:    Judge Roger W. Titus

RE:      *United States of America v. Daniel A. Cuneo*
            Criminal Case No. RWT 11-0103

DATE:    August 25, 2016

\* \* \* \* \* \* \* \* \*

My chambers received on August 24, 2016, correspondence from the above Defendant, which is attached. The Clerk is directed to docket the attached correspondence as a Motion for Clarification.

The Defendant is reminded that all filings in this case must be sent directly to the Clerk's Office for docketing, and not sent directly to my chambers.

The Government is directed to respond to Defendant's motion on or before September 2, 2016.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly. The Clerk is also directed to mail a copy of this Memorandum Order to the Defendant and to U.S. Probation Officer Jessica Turro.

/s/
Roger W. Titus
United States District Judge

Attachment